1240 Sheva Realty Assoc., LLC Petitioner-Landlord-Appellant, 
against
Guillerminia Ramos, Respondent-Tenant-Respondent.



Landlord, as limited by its briefs, appeals from so much of an order of the Civil Court of the City of New York, Bronx County (Javier E. Vargas, J.), entered February 20, 2015, as granted tenant's motion to be restored to possession and reinstated a probationary stipulation in a holdover summary proceeding.




Per Curiam.
Order (Javier E. Vargas, J.), entered February 20, 2015, affirmed, with $10 costs. The record demonstrates that, following execution of the parties' settlement stipulation, tenant promptly and diligently applied to the New York City Human Resources Administration (HRA) for emergency rent relief, and when HRA delayed payment, she made substantial payments to landlord from personal funds. In view of tenant's diligence during the short period of time at issue, and the harmful effects of eviction on tenant's three minor children, Civil Court providently exercised its discretion in restoring tenant to possession upon her tender of the full rent arrears due (see Matter of Lafayette Boynton Hsg. Corp. v Pickett, 135 AD3d 518 [2016]; 2246 Holding Corp. v Nolasco, 52 AD3d 377 [2008]; see also Harvey 1390 LLC v Bodenheim, 96 AD3d 664 [2012]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.


I concur I concur I concur
Decision Date: May 04, 2016